UNITED STATES v. PING YIK. (Circuit Court of Appeals, Second Circuit. February 28, 1900.) No. 93. In Error to the District Court of the United States for the Northern District of New York. Writ of error to review decision of district court, Northern district of New York, reversing an order of deportation of defendant made by United States commissioner. See 94 Fed. 1023. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The facts in this case are substantially the same as in the case of U. S. v. Pin Kwan (C. C. A.; decided to-day) 100 Fed. 609. There is, however, some testimony by the deputy United States collector and by the deputy marshal that defendant has been engaged in laundry work since his entry. Decision reversed, and deportation ordered.

---

UNITED STATES ex rel. BRINKLEY v. HAMMOND, Judge. (Circuit Court of Appeals, Sixth Circuit. January 8, 1900.) No. 753. W. A. Brinkley, for petitioner. No opinion. Petition for mandamus was denied, on the grounds set forth in the opinion of Judge Hammond in the case of Brinkley v. Railroad Co., 95 Fed. 345, in the second paragraph thereof, beginning on page 352.

---

WALKER, Auditor, et al. v. JACK. (Circuit Court of Appeals, Sixth Circuit. March 1, 1900.) No. 767. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Wm. McDonald and Bradon & Burr, for appellants. Paxton, Warrington & Boutet and W. F. Eltzroth, for appellee. No opinion. Decree of circuit court affirmed. See 96 Fed. 578.

---

WILHELM GRIESSER ENGINEERING CO. v. WALL. (Circuit Court of Appeals, Eighth Circuit. January 27, 1900.) No. 1,338. In Error to the Circuit Court of the United States for the Northern District of Iowa. Deloss C. Shull and William H. Farnsworth, for plaintiff in error. C. H. Lewis and A. L. Beardsley, for defendant in error. Dismissed, with costs, on motion of defendant in error, pursuant to rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.).

---

BRIXEY v. TRADERS' & TRAVELLERS' ACC. CO. OF NEW YORK. (Circuit Court, S. D. New York. March 1, 1900.) Motion to stay the taking of testimony in an equity case. Henry M. Goldfogle, for the motion. Joseph E. Russell, Jr., opposed.

LACOMBE, Circuit Judge. The widow and administratrix of the insured is not a party, and has no standing in this cause. The court is not prepared, upon no further evidence than that now presented, to hold that the suit is collusive and a fraud upon the court. The motion, therefore, must be denied, and the stay vacated. Nevertheless it would seem to be an unnecessary expense, and a waste of the time of all concerned, to proceed with the taking of testimony in this cause upon a bill of such doubtful equity. If, therefore, any witness before the examiner should decline to answer a question put to him by either side, the court would probably not be astute to compel him to do so until the sufficiency of the bill has been tested by demurrer.